DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESSE R. ROCHA, as personal representative of the Estate of Alan W.
Day, deceased, and JESSE R. ROCHA, Individually,

Appellants

v.

BANK OF AMERICA, N.A. SUBSTITUTED AS PLAINTIFF FOR
NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE
COMPANY; UNITED STATES OF AMERICA ON BEHALF OF SECRETARY
OF HOUSING AND URBAN DEVELOPMENT; BLUE HERON POND
HOMEOWNERS ASSOCIATION, INC.; and SUSAN DAY CRUM,

Appellees.

No. 2D2023-1826
_____

June 14, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Sarasota County; Stephen M. Walker, Judge.

SeanCarlo Lopez of Lopez Law Group, LLC, Saint Petersburg, for
Appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners,
PLLC, Boca Raton, for Appellee Bank of America, N.A.

No appearance for remaining Appellees.

PER CURIAM.

        Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.